```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 51626
   EDDIE L JOHNSON SR
   BOBBIE L JOHNSON                         CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1292    SSN XXX-XX-6597


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/24/2003 and was confirmed 02/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.91% from remaining funds.

     The case was paid in full 05/22/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED          1500.00              .00        1500.00
FAIRBANKS CAPITAL CORP    CURRENT MORTG        .00              .00            .00
NUVELL CREDIT CORPORATIO  SECURED          9880.00          3378.76        9880.00
NUVELL CREDIT CORPORATIO  UNSECURED        2439.32              .00        1339.31
FAIRBANKS CAPITAL CORP    MORTGAGE ARRE   11041.65              .00       11041.65
FAIRBANKS CAPITAL         NOTICE ONLY    NOT FILED              .00            .00
FIRST REVENUE ASSURANCE   UNSECURED      NOT FILED              .00            .00
ARROW FINANCIAL SERVICES  UNSECURED OTH    831.07              .00         456.28
CAPITAL ONE BANK          UNSECURED        702.69              .00         385.81
ARROW FINANCIAL SERVICES  UNSECURED     NOT FILED              .00            .00
AVALON RECOVERY           UNSECURED     NOT FILED              .00            .00
CBT CREDIT SERVICE        UNSECURED     NOT FILED              .00            .00
CARSON PIRIE SCOTT        UNSECURED     NOT FILED              .00            .00
COLDATA INC               UNSECURED     NOT FILED              .00            .00
COLLECTION BUREAU OF AME  UNSECURED     NOT FILED              .00            .00
AT&T CABLE SERVICE        UNSECURED     NOT FILED              .00            .00
ENCORE RECEIVABLES        UNSECURED     NOT FILED              .00            .00
FNANB                     UNSECURED       3756.34              .00         2062.42
FIRST NORTH AMERICAN NAT  UNSECURED     NOT FILED              .00            .00
GREAT LAKES COLLECTION B  UNSECURED     NOT FILED              .00            .00
HOLY CROSS HOSPITAL       UNSECURED     NOT FILED              .00            .00
HOMECOMINGS FINANCIAL     UNSECURED     NOT FILED              .00            .00
HOMECOMINGS FINANCIAL     UNSECURED     NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED        783.19              .00          430.01
ECAST SETTLEMENT CORP     UNSECURED        698.73              .00          383.64
KCA FINANCIAL SERVICES    UNSECURED     NOT FILED              .00            .00
LUEKE BAKER & ASSOC       UNSECURED     NOT FILED              .00            .00
MRS                       UNSECURED     NOT FILED              .00            .00
METRO E & E INC           UNSECURED     NOT FILED              .00            .00
METRO E & E INC           UNSECURED     NOT FILED              .00            .00
MONTGOMERY WARD           UNSECURED     NOT FILED              .00            .00
MOUNTAIN STATES ADJUSTME  UNSECURED     NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 51626 EDDIE L JOHNSON SR & BOBBIE L JOHNSON
```

```
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP    UNSECURED        5522.37              .00          3032.06
NCO FINANCIAL            UNSECURED      NOT FILED              .00              .00
NORTH SHORE AGENCY       UNSECURED      NOT FILED              .00              .00
OSI COLLECTION SERVICE   UNSECURED      NOT FILED              .00              .00
OSI COLLECTION SERVICE   UNSECURED      NOT FILED              .00              .00
PEOPLES GAS CREDIT UNION UNSECURED            .00              .00              .00
PLAZA ASSOCIATES         UNSECURED      NOT FILED              .00              .00
B-FIRST LLC              UNSECURED         973.22              .00           534.35
ROBERT MISTOVICH         UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP    UNSECURED        1438.74              .00           789.94
SUNRISE CREDIT           UNSECURED      NOT FILED              .00              .00
TRIADVANTAGE CREDIT SERV UNSECURED      NOT FILED              .00              .00
VAN RU FINANCIAL         UNSECURED      NOT FILED              .00              .00
MCI WORLDCOM             UNSECURED      NOT FILED              .00              .00
WORLD COM WIRELESS       UNSECURED      NOT FILED              .00              .00
CAPITAL ONE BANK         UNSECURED         349.08              .00           191.66
NICOLE LAWSON            DEBTOR ATTY     1,394.00                         1,394.00
TOM VAUGHN               TRUSTEE                                          2,200.11
DEBTOR REFUND            REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                39,000.00

PRIORITY                                          .00
SECURED                                     22,421.65
    INTEREST                                 3,378.76
UNSECURED                                    9,605.48
ADMINISTRATIVE                               1,394.00
TRUSTEE COMPENSATION                         2,200.11
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 39,000.00            39,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/13/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 03 B 51626 EDDIE L JOHNSON SR & BOBBIE L JOHNSON